IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS, LOANS, INC.,<br><br>Defendants. | Civil Action No. 05-10647 MLW<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.3, defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc. ("Full Spectrum")) and Countrywide Home Loans, Inc. ("Countrywide") hereby disclose that: (a) Full Spectrum is a division of Countrywide, (b) Countrywide is a wholly-owned subsidiary of its corporate parent, Countrywide Financial Corporation ("CFC"), and (c) CFC is a publicly-held corporation.

Respectfully submitted,

FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC.

By their attorneys,

_____
Thomas M. Hefferon (BBO# 548289)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000

Brooks R. Brown (BBO# 634144)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: April 1, 2005

LIBA/1522234.1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party on April 1, 2005.

*[signature]*

2