IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS LOANS, INC.,<br><br>Defendants. | Civil Action No. 05-10647 (MLW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Brooks R. Brown as counsel for defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc. in the above-captioned action.

    Respectfully submitted,

    FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC.

    By their attorneys,

    /s/ Brooks R. Brown_____
    Thomas M. Hefferon (BBO# 548289)
    GOODWIN PROCTER LLP
    901 New York Avenue, N.W.
    Washington, DC 20001
    (202) 346-4000

    Brooks R. Brown (BBO# 634144)
    GOODWIN PROCTER LLP
    Exchange Place
    53 State Street
    Boston, MA  02109
    (617) 570-1000

Dated: April 4, 2005

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 4th day of April, 2005, I arranged for the service, by ECF filing, of a copy of the foregoing on the following counsel of record:

Evans J. Carter
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA  01701-0966

/s/ Brooks R. Brown
Brooks R. Brown