## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS LOANS, INC.,<br><br>　　　　Defendants. | Civil Action No. 05-10647 (MLW)<br><br><br><br>**STIPULATION TO EXTEND TIME** |

Plaintiff Berin Lockwood and defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc. (collectively "Defendants"), by and through their attorneys, hereby agree and stipulate to extend the time for Defendants to answer or otherwise plead in response to the Plaintiff's Complaint until after resolution of "Defendants' Motion and Incorporated Memorandum to Compel Arbitration, Dismiss or Stay Litigation and Dismiss Class Allegations," filed on April 22, 2005.

Respectfully submitted,

| | |
|---|---|
| BERIN LOCKWOOD | FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC. |
| By his attorney, | By their attorneys, |
| /s/ Evans J. Carter / BRB<br>Evans J. Carter (BBO #076560)<br>HARGRAVES, KARB, WILCOX<br>& GALVANI, LLP<br>550 Cochituate Road – P.O Box 966<br>Framingham, MA  01701-0966<br>(508) 620-0140 | /s/ Brooks R. Brown<br>Thomas M. Hefferon (BBO #548289)<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br>(202) 346-4000<br><br>Brooks R. Brown (BBO # 634144)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881 |
| Dated: April 22, 2005 | (617) 570-1000 |

## **CERTIFICATE OF SERVICE**

      I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 22nd day of April, 2005, I arranged for the service, by ECF filing, of a copy of the foregoing on the following counsel of record:

Evans J. Carter
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA 01701-0966

                                                  /s/ Brooks R. Brown
                                                  Brooks R. Brown