IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS, LOANS INC.,<br><br>Defendants. | Case No. 05-10647-MLW |

**NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS**

Pursuant to Local Rule 81.1, defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc., by their undersigned attorneys, hereby file certified copies as set forth in Appendix A hereto of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Norfolk County, Civil Action No. 05-00310, which was removed to this Court on April 01, 2005.

LIBA/1536087.1

        Respectfully submitted,

        FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC.

        By their attorneys,


        /s/ Brooks R. Brown
        Thomas M. Hefferon (BBO# 548289)
        GOODWIN PROCTER LLP
        901 New York Avenue, N.W.
        Washington, DC 20001
        (202) 346-4000

        Brooks R. Brown (BBO# 634144)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 570-1000

Dated: May 3, 2005

LIBA/1536087.1

**APPENDIX A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>                    Plaintiff,<br><br>        v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS, LOANS INC.,<br><br>                    Defendants. | Case No. 05-10647-MLW |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Certified copies of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Norfolk County, Civil Action No. 05-00310.

The original documents are maintained in the case file in the Clerk's Office.

2

        Respectfully submitted,

        FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC.

        By their attorneys,


        /s/ Brooks R. Brown
        Thomas M. Hefferon (BBO# 548289)
        GOODWIN PROCTER LLP
        901 New York Avenue, N.W.
        Washington, DC 20001
        (202) 346-4000

        Brooks R. Brown (BBO# 634144)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 570-1000

Dated: May 3, 2005