IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>                                     Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS, INC.,<br>                                     Defendants | Civil Action No. 05-10647-MLW<br><br><br>ASSENTED TO MOTION TO ENLARGE TIME TO REPSOND TO THE DEFENDANTS' MOTION TO COMPEL ARBITRATION |

      By agreement of the parties, since the plaintiff's counsel underwent coronary surgery and at the Brigham and Women's Hospital on April 25, 2005, request is jointly made that the time in which the plaintiff should be permitted to file an opposition be extended to up to and including June 1, 2005.

| | |
|---|---|
| FULL SPECTRUM LENDING, INC. (n/k/a full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC., Defendants | BERWIN LOCKWOOD, Individually and on Behalf of Class Members, Plaintiff |
| By their Attorneys | By his Attorney, |
| /s/ Brooks R. Brown<br>Brooks R. Brown (BBO# 634144)<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>(617) 570-1000 | /s/ Evans J. Carter<br>Evans J. Carter (BBO# 076560)<br>Hargraves, Karb, Wilcox & Galvani, LLP<br>550 Cochituate Road<br>P.O. Box 966<br>Framingham, MA  01701-0966<br>(508) 620-0140 |

Dated:   May 4, 2005