## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members, | ) ) ) | Civil Action No. 05-10647 (MLW) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS LOANS, INC., | ) ) ) ) | **ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF** |
| Defendants. | ) | |

Pursuant to Local Rule 7.1(B)(3), defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc. (collectively "Defendants"), with the assent of plaintiff Berin Lockwood ("Plaintiff"), hereby move this Court for leave to file a reply brief in response to Plaintiff's opposition to their "Motion to Compel Arbitration, Dismiss or Stay Litigation, and Dismiss Class Allegations" ("Motion").  As grounds for this Motion, Defendants state that a reply brief is warranted to permit them to address the incorrect assertions of fact and law in the Plaintiff's 20-page opposition.  Further, Defendants submit that a reply brief will assist in the Court in resolving the issues raised by the Motion.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file reply brief in further support of the Motion up to and including June 1, 2005.

          FULL SPECTRUM LENDING, INC. (n/k/a
          Full Spectrum Lending, a division of Countrywide
          Home Loans, Inc.) and COUNTRYWIDE HOME
          LOANS, INC.

          By their attorneys,

          /s/ Brooks R. Brown
          Brooks R. Brown (BBO # 634144)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
Dated: May 12, 2005          (617) 570-1000

*ASSENTED-TO:*

BERIN LOCKWOOD

By his attorney,

 /s/ Evans J. Carter / BRB
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA  01701-0966
(508) 620-0140

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 12th day of May, 2005, I arranged for the service, by ECF filing, of a copy of the foregoing on the following counsel of record:

Evans J. Carter
HARGRAVES, KARB, WILCOX  & GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA  01701-0966

/s/ Brooks R. Brown
Brooks R. Brown