```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
BERIN LOCKWOOD,                )
     Plaintiff,                )
                               )
     v.                        )    C.A. No. 05-10647-MLW
                               )
FULL SPECTRUM LENDING,         )
INC., ET AL.,                  )
     Defendants.               )
```

## ORDER

WOLF, D.J.                                          January 9, 2006

A hearing on the pending motion(s) will be held on February 8, 2006, at 3:00 p.m.


                                         /S/ MARK L. WOLF
                                      UNITED STATES DISTRICT JUDGE