## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members, )<br><br>Plaintiff, )<br><br>v. )<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS LOANS, INC., )<br><br>Defendants. ) | Civil Action No. 05-10647 (MLW)<br><br><br><br><br><br>**DEFENDANTS' STATUS REPORT** |

Pursuant to this Court's February 7, 2006 Order, defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc., by and through their attorneys, report that no settlement of this matter has been reached to date. Defendants thus intend to proceed with the hearing on "Defendants' Motion and Incorporated Memorandum to Compel Arbitration, Dismiss or Stay Litigation and Dismiss Class Allegations" now scheduled for March 6, 2006 at 3:00 p.m.

Respectfully submitted,

FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC.

By their attorneys,

 /s/ Brooks R. Brown
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: February 27, 2006

LIBA/1677919.1

**CERTIFICATE OF SERVICE**

    I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 27th day of February, 2006, I arranged for the service, by ECF filing, of a copy of the foregoing on the following counsel of record:

Evans J. Carter
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA  01701-0966

                                             /s/ Brooks R. Brown
                                             Brooks R. Brown