IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10647-MLW

BERIN LOCKWOOD, Individually and on
behalf of Class Members,

Plaintiff,

v.

FULL SPECTRUM LENDING, INC. and
COUNTRYWIDE HOME LOANS, INC.,

Defendants

## PLAINTIFF'S TABLE OF ADDITIONAL CASE LAW

Since the filing of the Plaintiff's Opposition to the Defendants' Motion to Compel

Arbitration, the following new cases have come down, which may bear on the disputed issues of

law.

1.   Klussman v. Cross Country Bank, 134 Cal. App. 4th 1283 (12/15/05);

2.   Discover Bank v. Superior Court, 36 Cal. App. 4th 148 (6/27/05);

3.   Hayes v. County Bank, 2006 WL 490110 (NYAD 2d) (2/28/06); and

4.   Buckeye Check Cashing, Inc. v. Cardegna, U.S. Supreme Court, No. 04-1264
(2/21/06).

BERWIN LOCKWOOD, Individually and on
Behalf of Class Members, Plaintiff
By his Attorney,

/s/ Evans J. Carter
Evans J. Carter (BBO# 076560)
EVANS J. CARTER, P.C.
P.O. Box 812
Framingham, MA  01701
(508) 875-1669)

Dated:  March 6, 2006