```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| BERIN LOCKWOOD        )<br>                      )<br>     v.               )<br>                      )<br>FULL SPECTRUM LENDING, INC.   )<br>and COUNTRYWIDE HOME LOANS, INC.   ) | C.A. No. 05-10647 |

ORDER

WOLF, D.J.                                              March 6, 2006

It is hereby ORDERED that, by 5:00 p.m. on March 9, 2006, the parties shall report whether they have settled this case.

                                        /s/ MARK L. WOLF

                                        UNITED STATES DISTRICT JUDGE