UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10647

| Berin Lockwood | Full Spectrum Lending, Inc., et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Evans Carter | Brooks Brown |
|  | Thomas Hefferon |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 3/6/06 | Court goes over its tentative views with the parties. |
|  | Court listens to oral arguments on the defendant's motion to compel arbitration (docket no 6). |
|  | Court takes the matter under advisement. |