IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FULL SPECTRUM LENDING, INC. )<br>and COUNTRYWIDE HOME LOANS )<br>LOANS, INC., )<br>)<br>Defendants. ) | Civil Action No. 05-10647 (MLW)<br><br><br><br><br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's March 6, 2006 Order, plaintiff Berin Lockwood and defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc., by and through their attorneys, report that they have reached an agreement in principle to settle this matter, and are in the process of reducing that confidential agreement to writing. The parties anticipate that a stipulation to dismiss this matter with prejudice will be filed within 30 days.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC. | BERIN LOCKWOOD |
| By their attorneys, | By his attorneys, |
| /s/ Brooks R. Brown<br>Brooks R. Brown (BBO # 634144)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000 | /s/ Evans J. Carter/BRB (w/ permission)<br>Evans J. Carter (BBO #076560)<br>LAW OFFICES OF EVANS J. CARTER, P.C.<br>P.O. Box 812<br>Framingham, MA 01710<br>(508) 875-1669 |
| Dated: March 9, 2006 | Dated: March 9, 2006 |