UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERINLOCKWOOD,                           ) | |
|       Plaintiff(s)      ) | |
| ) | |
| v.                                     ) | C.A. No.  05-10647-MLW |
| ) | |
| FULL SPECTRUM LENDING, INC., et al  ) | |
|       Defendant(s)     ) | |

### SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

      The Court having been advised on March 9, 2006 by plaintiff's counsel that the above-captioned action settled:

      It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

      If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                                   By the Court:
                                                                   Sarah A. Thornton, Clerk

| | |
|---|---|
| <u>March 13, 2006</u> | <u>/s/Dennis O'Leary</u> |
| Date | Deputy Clerk |