## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERIN LOCKWOOD, Individually and on behalf of Class Members,<br><br>   Plaintiff,<br><br>v.<br><br>FULL SPECTRUM LENDING, INC. and COUNTRYWIDE HOME LOANS LOANS, INC.,<br><br>   Defendants. | Civil Action No. 05-10647 (MLW)<br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Berin Lockwood and defendants Full Spectrum Lending, Inc. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and Countrywide Home Loans, Inc., being all of the parties to the above-captioned action, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, including all claims by any person to attorneys' fees and costs, with each party to bear its own costs, and each party waiving all rights to appeal.

Respectfully submitted,

| | |
|---|---|
| BERIN LOCKWOOD | FULL SPECTRUM LENDING, INC. (n/k/a Full Spectrum Lending, a division of Countrywide Home Loans, Inc.) and COUNTRYWIDE HOME LOANS, INC. |
| By his attorney, | By their attorneys, |
| /s/ Evans J. Carter / BRB (w/ permission)<br>Evans J. Carter (BBO #076560)<br>LAW OFFICES OF<br>EVANS J. CARTER, P.C.<br>860 Worcester Road/P.O. Box 812<br>Framingham, MA 01701-0966 | /s/ Brooks R. Brown<br>Thomas M. Hefferon (BBO #548289)<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 346-4000 |
| | Brooks R. Brown (BBO # 634144)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881 |
| Dated: April 3, 2005 | (617) 570-1000 |

LIBA/1687980.1  03/31/06